No. 9080. STATE ex rel. RUSSELL E. SPARKS, Relator, v. DISTRICT COURT of the THIRTEENTH JUDICIAL DISTRICT, BIG HORN COUNTY.

230 Pac. (2d) 769.

Decided April 18, 1951.

*Relator,* pro se.

Per Curiam.

Petition for writ of mandamus to the district court of Big Horn county and its clerk to compel the furnishing at the state's expense of a copy of the trial transcript and information charging a felony of which, after trial, relator was convicted, sentenced and committed to the state prison, is denied.